JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH M.,[1] <br>         Plaintiff, <br> v. <br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br>         Defendant. | Case No. 5:23-cv-00830-JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED: February 29, 2024

                                                  /s/ <br>
                              Honorable Jacqueline Chooljian <br>
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.